**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODOLFO J. ROLDAN RIERA,<br><br>        Plaintiff,<br>   v.<br><br>DEPARTMENT OF HOMELAND<br>SECURITY, ET AL.,<br><br>        Defendants. | ) No. ED CV14-1404-GHK(AS)<br>)<br>)  **JUDGMENT**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    IT IS ADJUDGED that this action is DISMISSED without prejudice.

Dated: 10/21/14

                                        _____
                                            GEORGE H. KING
                                  UNITED STATES DISTRICT JUDGE