**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

| | | |
|---|---|---|
| RODOLFO J. ROLDAN RIERA, | ) | NO. EDCV 14-1404-GHK (AS) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| DEPARTMENT OF HOMELAND SECURITY, et. al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: August 17, 2016

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE